## IN THE SUPREME COURT OF THE STATE OF NEVADA

SAMMIE NUNN,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 79264

**FILED**

AUG 0 2 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER ADMINISTRATIVELY CLOSING THE ORIGINAL WRIT PROCEEDING IN DOCKET NO. 79264 AND TRANSFERRING DOCUMENTS

This is an appeal from a district court order denying a postconviction petition for a writ of habeas corpus. Appellant's appeal from the district court's order was previously docketed in this court in Docket No. 79219. The clerk of this court inadvertently docketed the instant petition as a separate matter. Accordingly, the clerk of this court shall administratively close the original writ proceeding in Docket No. 79264 and transfer to Docket No. 79219 all documents filed or received in Docket No. 79264.

It is so ORDERED.

_____, C.J.

cc:   Sammie Nunn

19-32576

Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk